No. 144, Misc. PRICE v. CRANOR, SUPERINTENDENT. Petition dated November 11, 1951, denied.

No. 214, Misc. CALHOUN v. ROBINSON, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 388. ROBERTSON v. UNITED STATES. C. A. 10th Cir. Certiorari granted. *Samuel E. Blackham* and *Clyde D. Sandgren* for petitioner. *Solicitor General Perlman* filed a memorandum for the United States stating that the Government does not oppose the issuance of the writ.

No. 183. GANDELMAN v. MERCANTILE INSURANCE Co. ET AL. C. A. 9th Cir. Certiorari denied. *Don Marlin* for petitioner.

No. 293. UNITED·STATES v. LANCE, INCORPORATED. C. A. 4th Cir. Certiorari denied. *Solicitor General Perlman* for the United States. *Welborn B. Cody* for respondent.

No. 294. UNITED STATES v. LOVKNIT MANUFACTURING Co., INC. ET AL. C. A. 5th Cir. Certiorari denied. *Solicitor General Perlman* for the United States.

No. 335. PEAY ET AL. v. COX. C. A. 5th Cir. Certiorari denied. *Thomas C. Hannah* for petitioners. *M. M. Roberts* for respondent.

No. 357. UNITED STATES v. OSAGE NATION OF INDIANS. Court of Claims. Certiorari denied. *Solicitor General*